FILED'07 AUG 27 16:14 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DENNIS M. MARINO, | CV No. 07-277-BR |
| Petitioner, | |
| vs. | ORDER DISMISSING HABEAS CORPUS PETITION |
| SHARON BLACKETTER, Superintendent, Eastern Oregon Correctional Institution, | |
| Respondent. | |

This matter having come before the Court on the motion of the petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice. In the event that the decision in *Blakely v. Washington,* 542 U.S. 296 (2004), is later made retroactive to cases on collateral review, petitioner has leave to reopen this case only as to the *Blakely* issues and the limitations period shall be deemed tolled from the date this order is signed until sixty (60) days after the date of the decision rendering *Blakely* retroactively applicable. If *Blakely* is made retroactive and the petitioner moves to reopen this case during the

Page 1   ORDER DISMISSING HABEAS CORPUS PETITION

above-referenced sixty-day period, petitioner may also amend the petition as of right so as to properly plead all *Blakely*-based claims in this court. If the case is reopened, respondent may assert any procedural defenses that were available when this order issued.

IT IS SO ORDERED this 27th day of August, 2007.

_____
Anna J. Brown
United States District Judge

Submitted by:

/s/ Amy Baggio
Amy Baggio
Attorney for Petitioner

Lynn Larsen (by consent)
Attorney for Respondent

Page 2   ORDER DISMISSING HABEAS CORPUS PETITION